**JS-6**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AMIR MOHAMMADI,<br><br>Plaintiff,<br><br>v.<br><br>MERRICK B. GARLAND, U.S. ATTORNEY GENERAL, ET AL.,<br><br>Defendants. | 2:23-cv-05145-FMO-AGR<br><br>**ORDER RE: JOINT STIPULATION [12] TO STAY CASE PENDING ADJUDICATION OF APPLICATION**<br><br>Honorable Fernando M. Olguin<br>United States District Judge |

    Having read and considered the Joint Stipulation to Stay Case Pending Adjudication of Application submitted by the parties, and finding good cause therefor, IT IS HEREBY ORDERED that the instant action shall be stayed until November 19, 2024.

Dated: August 16, 2023

                                      _____/s/_____
                                      HONORABLE FERNANDO M. OLGUIN
                                      UNITED STATES DISTRICT JUDGE